## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUDY DERVAS,** | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:11-1927 |
| | : | |
| v. | : | (JUDGE MANNION) |
| | : | |
| **TAYLOR HEALTH AND REHABILITATION CENTER LLC** *d/b/a Riverside Rehabilitation & Nursing Center f/k/a Taylor Nursing and Rehab Center*, | : : | |
| | : | |
| Defendant | : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendant's motion for summary judgment, (Doc. No. 15), is **GRANTED** to the extent that punitive damages are not recoverable;

**(2)** In all other respects, the motion is **DENIED**;

**(3)** The **Final Pre-Trial Conference** shall be held on **October 3, 2013 at 11:00 AM** in Room 415 of the William J. Nealon Federal Building and U.S. Courthouse, 235 N. Washington Avenue, Scranton, Pennsylvania;

**(4)** The **Jury Trial** in this case shall begin with the selection of a jury

on **November 4, 2013 at 9:30 AM** in the William J. Nealon Federal Building and U.S. Courthouse, 235 N. Washington Avenue, Scranton, Pennsylvania in a courtroom to be designated at a later time.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: July 31, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-1927-01-order.wpd